IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ETTA McPHAUL AND**
**JESSICA JACKSON**                                                              **PLAINTIFFS**

**v.**                                         **CIVIL ACTION NO.: 3:07cv535-TSL-JCS**

**IRWIN MORTGAGE CORPORATION AND**

**EVERHOME MORTGAGE COMPANY**                                    **DEFENDANTS**

### ORDER GRANTING EVERHOME MORTGAGE COMPANY'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on the Motion for Summary Judgment [Doc. #17] filed by Defendant Everhome Mortgage Company ("Everhome"). Plaintiffs do not oppose Everhome's Motion for Summary Judgment; therefore, pursuant to Rule 56(e) of the Federal Rules of Civil Procedure, the Court finds that said motion is well-taken and summary judgment should be entered against the Plaintiffs.

IT IS THEREFORE ORDERED AND ADJUDGED that Everhome's Motion for Summary Judgment is granted, and Plaintiffs' claims against Everhome are hereby dismissed with prejudice.

SO ORDERED, this the 6th day of March, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

Agreed as to form:

/s Amanda K. Jones
AMANDA K. JONES (MSB #10313)
BRADLEY ARANT ROSE & WHITE, LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email:  ajones@bradleyarant.com


/s Joseph Patrick Frascogna
Joseph Patrick Frascogna
FRASCOGNA & FRASCOGNA, PLLC
234 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: 601.949.3999
Facsimile: 601.949.3899
Toll Free: 866.944.3999
Email: patfrascogna@frascolaw.com
Website: www.frascolaw.com

**4/118787.1**